UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NORTH CAROLINA  
EASTERN DIVISION

| | |
|---|---|
| SUSANNE WONG )  | |
|     Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 4:24-cv-83-FL |
| COUNTYLINE AUTO CENTER INC., ) | |
| d/b/a Lexus of Pembroke Pines, a Florida ) | |
| based automobile dealership, TOYOTA ) | |
| FINANCIAL SERVICES SECURITIES ) | |
| USA CORPORATION, and ) | |
| TQI EXCHANGE, LLC ) | |
|     Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration on the court's own initiative.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 4, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED without prejudice for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on June 4, 2024, and Copies To:**
Susanne Wong (via US mail) 3537 Dr. Martin Luther King Blvd, Unit 290, New Bern, NC 28560


June 4, 2024                             PETER A. MOORE, JR., CLERK

                                          /s/Sandra K. Collins
                          (By)     Sandra K. Collins, Deputy Clerk